FILED
OCT - 7 2009
NANCY MAYER WHITTING, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME JULIUS BROWN, SR., :
:
    Plaintiff, :
:
v. : Civil Action No. 09 1899
:
CHEVY CHASE BANK, :
:
    Defendant. :

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint fails to accomplish the basic purpose of Rule 8(a). It purports to be a civil complaint regarding a loan, but the basis of plaintiff's claim and the relief he is seeking are unclear. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8(a). An Order consistent with this Memorandum Opinion will be issued separately on this date.

DATE: 9/24/09

_Ellen S. Huvelle_
United States District Judge

3